UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TORMU E. PRALL,
    Plaintiff,

v.                                              C.A. No. 10-16 S

CHRISTOPHER R. BUSH,
ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 11, 2010, in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiff's Motion to Proceed without Prepayment of Fees is DENIED and the matter is DISMISSED pursuant to 28 U.S.C. §1915(e)(2).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/26/10